UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CARLOS MCNICKLES, | § | |
| TDCJ-CID NO. 1388721, | § | |
|     Petitioner, | § | |
| VS. | § | CIVIL ACTION NO. H-10-3493 |
| | § | |
| RICK THALER, | § | |
| | § | |
|     Respondent. | § | |

## FINAL JUDGMENT

For the reasons set out in the Court's Opinion on Dismissal signed this date, this case is DISMISSED with prejudice.

This is a FINAL JUDGMENT.

The Clerk shall enter this Order and provide the parties with a true copy.

SIGNED at Houston, Texas, this 21st day of February, 2012.

                                    MELINDA HARMON
                           UNITED STATES DISTRICT JUDGE